**Order entered August 22, 2022**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00076-CV

**SEVEN THOUSAND EIGHT HUNDRED NINETY DOLLARS IN UNITED STATES CURRENCY, Appellant**

**V.**

**STATE OF TEXAS, Appellee**

### On Appeal from the 193rd Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-21-00937

## ORDER
Before Chief Justice Burns and Justices Molberg and Goldstein

Before the Court are appellant's August 18, 2022 motion for extension of time to file his motion for rehearing and his motion for rehearing. In the motion for extension of time appellant explains that he did not receive notice of our June 29, 2022 dismissal opinion and that he did not receive notice that he had "a hearing to attend to." According to appellant, the email address he provided to the Court was typed into the system incorrectly, and he did not receive our email

notifications. Our records show that appellant's email address was incorrect, but has now been corrected.

Under these circumstances, we **GRANT** appellant's motion for an out of time motion for rehearing and order the motion for rehearing received by the Court on August 18, 2022 filed as of the date of this order. *See* TEX. R. APP. P. 4.5.

We **DENY** appellant's motion for rehearing, but on the Court's own motion, we **VACATE** our opinion and judgment of June 29, 2022 and **REINSTATE** this appeal. Appellant's brief is due **THIRTY DAYS** from the date of this order. We expressly caution appellant that failure to file his brief within that time will result in the dismissal of this appeal without further notice. *See* TEX. R. APP. P. 38.8 (a)(1); 42.3(b), (c).

/s/     ROBERT D. BURNS, III
         CHIEF JUSTICE